## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS  CASE NO. 3:00cr12 LAC

JAMES RAYMOND

### REFERRAL AND ORDER

Referred to Judge Lacey Collier on December 31, 2009
Motion/Pleadings: PRO SE MOTION FOR REDUCTION OF SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2) and U.S.S.G. Amendments 706 and 711
Filed by DEFT on 11/30/09 Doc.# 426

RESPONSES:

| | on | Doc.# |
| | on | Doc.# |

___ Stipulated   ___ Joint Pldg.
___ Unopposed   ___ Consented

WILLIAM M. McCOOL, CLERK OF COURT

s/Mary Maloy

LC (1 OR 2)  Deputy Clerk: Mary Maloy

## ORDER

*Upon consideration of the foregoing, it is ORDERED this 23rd day of March, 2010, that:*

*(a) The relief requested is **DENIED**.*

*(b) Although legislation has been introduced to Congress regarding the sentencing disparity between crack-to-powder cocaine, this legislation has not been enacted by Congress, and therefore does not provide the defendant a basis for relief. The defendant's motion for reduction of sentence is DENIED as premature.*

s/L.A. Collier

**LACEY A. COLLIER**
*Senior United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.