**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

  VS                                                                            CASE NO. 3:00cr12-02LAC

JAMES RAYMOND

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on   May 4, 2010
Motion/Pleadings: MOTION FOR TWO-LEVEL REDUCTION SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2) AND U.S.S.G. AMENDMENTS 706 and 711

Filed by DEFENDANT PRO SE     on  4/12/10     Doc.# 429

RESPONSES:
 NONE                                      on            Doc.#
                                             on            Doc.#

___ Stipulated     ___ Joint Pldg.
___ Unopposed    ___ Consented

                                       WILLIAM M. McCOOL, CLERK OF COURT

                                       *s/Jerry Marbut*

LC (1 OR 2)                            Deputy Clerk: Jerry Marbut

# *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 27th day of May, 2010, that:*

*(a) The relief requested is **DENIED**.*

*(b) See Doc 427.*

                                                     *s/L.A. Collier*
                                                    *LACEY A. COLLIER*
                                       *Senior United States District Judge*